United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHUONG QUANG LE, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:25-cv-06180 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents. | § | |

## ORDER

Under advisement is a petition for writ of *habeas corpus* by Petitioner Khuong Quang Le. Dkt 1.

Petitioner argues in part that Respondents failed to comply with 8 CFR §241.13(i)(2), (3) in revoking his release on order of supervision. See Dkts 1 at ¶¶99–103 & 7 (reply). Respondents did address the *Zadvydas* framework in their response to the show cause order. But they don't appear to address the arguments as to 8 CFR §241.13(i). See Dkt 6 (response).

It's unclear from the record (i) what "changed circumstances" caused revocation of Petitioner's release under 8 CFR §241.13(i)(2), and (ii) whether Respondents have complied with the notification, interview, and informational obligations under 8 CFR §241.13(i)(3).

Respondents are ORDERED to make an evidentiary filing in this regard by January 19, 2026. They may also include discussion of law on this point, if desired.

2

So ordered.

Signed on January 14, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge