United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHUONG QUANG LE, Petitioner, | § § § § | CIVIL ACTION NUMBER 4:25-cv-06180 |
| versus | § § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § § | |

## ORDER

Pending is a petition by Petitioner Khuong Quang Le for a writ of *habeas corpus*. Dkt 1.

Respondents were ordered to make an evidentiary filing by January 19, 2026, as to whether it complied with the requirements of 8 CFR §241.13(i) when revoking his order of supervision. Dkt 9.

The deadline fell on a holiday, so they were afforded an additional day for submission. No such filing has been made.

The petition for a writ of *habeas corpus* is thus GRANTED for failure to show cause. Dkt 1.

It is hereby ORDERED that (i) Respondents in this action are immediately ENJOINED from further holding Petitioner in custody, and (ii) they are COMPELLED to return him immediately to the conditions of his preexisting order of supervision.

It is further ORDERED that the Government must safely release Petitioner by 4:00 pm on January 24, 2026.

It is further ORDERED that the Government must file an advisory on the current status of Petitioner by January 26, 2026.

Jurisdiction is at present MAINTAINED over the pending petition for writ of *habeas corpus*.

SO ORDERED.

Signed on January 21, 2026, at Houston, Texas.

*[signature: CREskridge]*

Honorable Charles Eskridge
United States District Judge